FILED
 2014 Jun-10 AM 09:21
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| SHANNON DEWAYNE NIXON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 4:14-cv-0468-KOB-JEO |
| ) | |
| SCOTT HASSELL Warden, and ) | |
| the ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents, ) | |

## MEMORANDUM OPINION

Petitioner Shannon Dewayne Nixon, an Alabama state prisoner acting *pro se*, filed this action seeking habeas relief pursuant to 28 U.S.C. § 2254.  On May 9, 2014, the magistrate judge entered a report pursuant to 28 U.S.C. § 636(b), recommending that the court dismiss this action without prejudice to allow the Petitioner the opportunity to exhaust available state remedies.  (Doc. 10).  No party has filed any objections.

The court has carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation.  The court ADOPTS the magistrate judge's report and ACCEPTS his recommendation to dismiss this habeas action without prejudice to give the Petitioner an opportunity to exhaust his available state remedies.  As such, the court finds that

this action is due to be DISMISSED WITHOUT PREJUDICE.

The court will enter a separate final Order.

DONE and ORDERED this 10th day of June, 2014.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE